UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENYATTA NALLS #230196,

    Plaintiff,

v.

UNKNOWN PARTY #1, et al.,

    Defendants,
_____/

Case No.: 2:21-cv-66

Hon. Hala Y. Jarbou

## ORDER

This is a civil rights action brought by a pro se plaintiff under 42 U.S.C. § 1983. On August 6, 2021, an early mediation conference took place involving Plaintiff. As a result of that mediation conference the parties have agreed to settle this matter in its entirety. (ECF No. 9). Accordingly:

**IT IS ORDERED** that this case be **DISMISSED**.

**IT IS FURTHER ORDERED** that the remainder of the filing fee, owed by Kenyatta Nalls #230196, shall be waived, and the MDOC shall no longer collect Plaintiff's remaining filing fee.

Dated: August 6, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE